**DAVID M. REAVES**
Chapter 7 Panel Trustee
Post Office Box 44320
Phoenix, Arizona 85064
(602) 241-0101 Telephone

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: ) | Case No. 2-09-bk-29901-RTB |
| ) | |
| SALAZAR, IVONNE, ) | Chapter 7 |
| ) | |
| Debtors. ) | **AMENDED APPLICATION FOR ORDER FOR PAYMENT OF UNCLAIMED FUNDS TO U.S. BANKRUPTCY COURT** |
| _____ ) | |

David M Reaves, Trustee, reports that the following dividend checks have been issued and returned for insufficient address and no other address for this creditor is on file with the court.

| Check No. | Date Issued | Creditor's Name and Address | Amount |
|---|---|---|---|
| 3001 | 01/25/11 | Ivonne Salazar<br>2163 W Osborn Rd.<br>Phoenix, AZ 85015-5730 | $50.00 |

Dated this 17th day of March, 2011.

/s/ David M. Reaves
David M. Reaves, Chapter 7 Trustee